RANDALL L. HARR (SBN 107214)
rlh@giffordharr.com
**GIFFORD & HARR**
44160 Hwy. 299 East. #6
McArthur, CA 96056
Tel.: (530) 336-5656
Fax: (530) 336-5659

Attorneys for Plaintiff,
WANDA A. SELL, individually and as Trustee of the Nancy A. Muhs Trust

MARC S. HINES (SBN 140065)
mhines@hinessmith.com
MICHELLE L. CARDER (SBN 174481)
mcarder@hinessmith.com
CHRISTINE M. EMANUELSON (SBN 221269)
cemanuelson@hinessmith.com
**HINES SMITH CARDER DINCEL BLAND**
3080 Bristol Street, Suite 540
Costa Mesa, California 92626
Tel.: (714) 513-1122
Fax: (714) 513-1123

Attorneys for Defendant,
NATIONWIDE MUTUAL INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA A. SELL, individually and a Trustee of the Nancy A. Muhs Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants | **CASE NO. 2:09-cv-01584-GEB-GGH**<br><br>*Assigned to Honorable Garland E. Burrell, Jr.*<br><br>**STIPULATION AND [PROPOSED] ORDER TO TAKE DEPOSITIONS AFTER DISCOVERY CUT-OFF**<br><br>Discovery Cut-off:    9/10/10<br>Pre-Trial Conference: 12/6/10<br>Trial:                3/22/11 |

Defendant, Nationwide Mutual Insurance Company ("Nationwide"), and Plaintiff, Wanda A. Sell ("Plaintiff"), through their respective counsel of record, jointly submit the following stipulation and order, pursuant to Federal Rules of Civil Procedure 29, to take the following depositions after discovery cut-off:

1

STIPULATION AND [PROPOSED] ORDER TO TAKE DEPOSITIONS AFTER DISCOVERY CUT-OFF

1.WHEREAS, Pursuant to the Minute Order filed on June 21, 2010, amending the scheduling order, discovery cut-off in this action is September 10, 2010.

2.WHEREAS, on or about August 17, 2010, Nationwide served a deposition subpoena on Jerrald K. Pickering, Sr., setting Mr. Pickering's deposition for September 3, 2010.

3.WHEREAS, on August 18, 2010, Mr. Pickering notified Nationwide's counsel he is not available on September 3, 2010, because he will be out of the state on a long planned vacation.

4.WHERAS, on August 25, 2010, Mr. Pickering provided Nationwide's counsel with alternative dates of availability to reschedule his deposition in the end of October 2010.

5.WHEREAS, on August 26, 2010, counsel for Plaintiff and Nationwide discussed Mr. Pickering's unavailability until the end of October 2010, after the September 10, 2010, discovery cut-off date, and agreed to stipulate to take Mr. Pickering's deposition after discovery cut-off upon approval from the Court.

6.WHEREAS, the parties are in the process of confirming a mutually available date for the deposition of Mr. Pickering in October based on the availability provided by Mr. Pickering.

7.WHEREAS, Plaintiff has noticed the deposition, pursuant to the agreement of the parties, of Nationwide's expert Boyd Veenstra.  In order to accommodate the schedule of Mr. Veenstra, as well as counsel, the parties have stipulated and agreed to take Mr. Veenstra's deposition after discovery cut-off upon approval of the Court.

8.WHEREAS, it is, therefore, agreed and stipulated that the depositions of Jerrald K. Pickering, Sr., and Boyd Veenstra be taken after the September 10, 2010, discovery cut-off date in this action.

9. WHEREAS, the parties further stipulate and agree that they enter into this stipulation without prejudice to the right of either party to seek judicial relief from the Court for good cause to take any additional depositions and/or conduct any additional discovery beyond the discovery cut-off date in this matter.

**IT IS SO STIPULATED.**

Dated: August ___, 2010     **GIFFORD & HARR**


By: _____
Randall L. Harr
Attorney for Plaintiff
WANDA A. SELL


Dated: August ___, 2010     **HINES SMITH CARDER DINCEL BLAND**


By: _____
Marc S. Hines
Christine M. Emanuelson
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

### [PROPOSED] ORDER

Based on the foregoing Stipulation, the discovery completion date for the depositions of Jerrald K. Pickering, Sr. and Boyd Veenstra is October 29, 2010.

**IT IS SO ORDERED.**

Dated: 8/31/10

_____
GARLAND E. BURRELL, JR.
United States District Judge